**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**William M. BRYSON, Jr.,**
**Defendant–Appellant.**

**United States of America,**
**Plaintiff–Appellee,**

v.

**William M. Bryson, Jr., Defendant–**
**Appellant.**

**Nos. 15–6759, 15–6762.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 17, 2015.

Decided: Dec. 21, 2015.

William M. Bryson, Jr., Appellant Pro Se. Robert Frank Daley, Jr., Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before DIAZ and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William M. Bryson, Jr., appeals the district court's orders denying his motions for modification of the terms of his supervised release. We have reviewed the record and find no abuse of discretion and no reversible error. Accordingly, we affirm the district court's orders. *See* 18 U.S.C. § 3583(e)(2) (2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the

materials before this court and argument would not aid the decisional process.

*AFFIRMED.*